UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jessica Brown,

   Plaintiff

v.

Walmart Stores Inc.,

   Defendant

Case No. 2:24-cv-00136-CDS-MDC

**Order Granting Plaintiff's Motion to Dismiss and Closing Case**

[ECF No. 13]

  Plaintiff Jessica Brown moves to dismiss this case. ECF No. 13. Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The complaint has not been served on the defendant, and thus the defendant has not filed an answer or a motion for summary judgment. Accordingly, I grant Brown's motion to voluntarily dismiss this action.

  IT IS ORDERED that Brown's motion to dismiss this case **[ECF No. 13] is granted**. This case is dismissed without prejudice. The Clerk of the Court is kindly directed to close this case.

Dated: May 10, 2024

_____
Cristina D. Silva
United States District Judge